**Dismissed and Memorandum Opinion filed February 21, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-01042-CV

**OLIVE & VINE, Appellant**

**V.**

**CITY CENTRE, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1113826**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 31, 2018. No counsel has made an appearance on behalf of appellant Olive & Vine.

Only a licensed attorney can appear and represent an entity in litigation. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996); *Sherman v. Boston*, 486 S.W.3d 88, 95 (Tex. App.—Houston [14th Dist.] 2016, pet. denied). On January 24, 2019, we instructed appellant to obtain

counsel for this appeal and to provide proof of the retention on or before February 4, 2019. We stated that if appellant did not comply, the court would dismiss appellant's appeal for want of prosecution. No proof of retention of counsel or other response has been filed.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(b),(c); *Amron Props., LLC v. McGown Oil Co.*, No. 14-03-01432-CV, 20004 WL 438783, at *1, Mar. 11, 2004, no pet.)(mem. op.).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.